**FROM:**
600 W JOHN ST
P.O. BOX 9041
HICKSVILLE NY 11802-9041

25 29 8443
439501

Return Service Requested



# NATIONAL FINANCIAL SYSTEMS, INC.

Phone: (516) 932-1400        Fax: (516) 932-8828
Date: February 5, 2007
**AMOUNT DUE: $6,031.79**

 56920385-1-TC

*****AUTO**MIXED AADC 117
GRAFF, JO A
210 EL CARMELO AVE
PALO ALTO CA 94306-2377

56920385-1-TC

NATIONAL FINANCIAL SYSTEMS
600 W JOHN ST
P.O. BOX 9041
HICKSVILLE NY 11802-9041

▼ Detach Here ▼        Please detach and return with payment.        ▼ Detach Here ▼

---

THIS ACCOUNT HAS BEEN PLACED WITH OUR OFFICE FOR THE PURPOSE OF COLLECTING THE AMOUNT LISTED BELOW.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

IF YOU WISH TO DISCUSS THIS DEMAND FOR PAYMENT, DO NOT HESITATE TO CALL.

IF PAYMENT IS NOT MADE, COLLECTION EFFORTS AS WELL AS INTEREST WILL CONTINUE.

**NATIONAL FINANCIAL SYSTEMS, INC. 600 W JOHN ST, P.O. BOX 9046 / HICKSVILLE, NY 11801-1040**

CALL TOLL FREE 1 (800) 568-2733
MON THRU THUR 8:00AM TO 9:00PM/FRI 8:00AM TO 5:00PM/SAT 8:00AM TO NOON EST
**THIS IS A DEBT COLLECTION AGENCY
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.**
*PLEASE SEE OTHER SIDE FOR IMPORTANT INFORMATION*

---

2/5/07

**FOR: BANK NNT1**

GRAFF, JO A
210 EL CARMELO AVE
PALO ALTO CA 94306-2377


EXHIBIT
1

Re: YOUR ACCOUNT WITH OUR CLIENT:
**CITICORP MASTERCARD**

ACCT# ▸ 5466160018089621
PRINCIPLE ▸ $6,031.79
CHARGES ▸ $0.00
**AMOUNT DUE ▸ $6,031.79**

NFS01
NFS01.V1
439501

To Residents in:

COLORADO:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
www.ago.state.co.us/CADC/CADCmain.cfm.

MINNESOTA:
This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY:
New York City Department of Consumer Affairs license number 0808844.

NORTH CAROLINA:
North Carolina collection agency permit number 3254.

TENNESSEE:
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance. 500 James Robertson Parkway, Nashville Tennessee 37243.

CALIFORNIA:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or WWW.FTC.GOV.

THIS INFORMATION IS NOT INTENDED AS LEGAL ADVICE AND SHOULD NOT BE USED TO REPLACE THE ADVICE OF YOUR OWN LEGAL COUNSEL. ANY INFORMATION CONTAINED IN THIS TRANSMISSION IS BASED ON THE SENDER'S RESEARCH AND EXPERIENCE IN WORKING WITH THESE ISSUES.

For inquiries, call 1-866-463-5443 1:00 pm - 3:00 pm est Monday - Thursday.

8443

**FROM:**
600 W JOHN ST
P.O. BOX 9041
HICKSVILLE NY 11802-9041

25 29 8443
439501

Return Service Requested

5692035-1-TC

****AUTO**MIXED AADC 117
GRAFF, JO A
210 EL CARMELO AVE
PALO ALTO CA 94306-2377