# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JO ANNE GRAFF



V.

NATIONAL FINANCIAL SYSTEMS, INC.,
ROBERT HENRY HERNANDEZ, and GEORGE
WILLIAM KENNEDY, III

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03185 JF

HRL

TO:

George William Kennedy, III
National Financial Systems, Inc.
600 West John Street
Hicksville, New York  11801-1035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA  95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

6-19-07

DATE

(BY) DEPUTY CLERK

Sandy Morris

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2403<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*: fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL FINANCIAL SYSTEMS, INC., et al. | C07-03185-JF-HRL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      GEORGE WILLIAM KENNEDY, III

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   600 West John Street
   Hicksville, NY 11801-1035
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL FINANCIAL SYSTEMS, INC., et al. | C07-03185-JF-HRL |

5.    c.   [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on *(date)*: June 26, 2007      (2) from *(city)*: San Jose, California
        (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)
        (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

      [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: NATIONAL FINANCIAL SYSTEMS, INC.
      under the following Code of Civil Procedure section:
        [X] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                                        [ ] other:

7. **Person who served papers**
   a. Name: Fred W. Schwinn
   b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2403
   c. Telephone number: (408) 294-6100
   d. **The fee** for service was: $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
         (i)   [ ] owner    [ ] employee    [ ] independent contractor.
         (ii)   Registration No.:
         (iii)   County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 16, 2007

Fred W. Schwinn (SBN 225575)                ▶   
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                                     (SIGNATURE)

| SHORT TITLE: GRAFF v. NATIONAL FINANCIAL SYSTEMS, INC. | CASE NUMBER: C07-03185-JF-HRL |
|---|---|



(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.    Page ___3

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] Optional Form    ADDITIONAL PAGE Attach to Judicial Council Form or Other Court Paper    CRC 201, 501

Martin Dean's Essential Forms ™

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2403<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*:   fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*:   PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER:<br>C07-03185-JF-HRL |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL FINANCIAL SYSTEMS, INC., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)* : Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      GEORGE WILLIAM KENNEDY, III

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   6 Cedarfield Terrace
   Saint James, NY 11780-1521
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :                          (2) at *(time)* :
   b. [ ] **by substituted service.** On *(date)* :             at *(time)* :             I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
           *(date)* :             from *(city)*:                           or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]         *Martin Dean's* **ESSENTIAL FORMS**™

**PROOF OF SERVICE OF SUMMONS**                                   Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL FINANCIAL SYSTEMS, INC., et al. | C07-03185-JF-HRL |

5.  c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: June 26, 2007    (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [X] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)*:
    c. [ ] as occupant.
    d. [X] On behalf of *(specify)*: NATIONAL FINANCIAL SYSTEMS, INC.
        under the following Code of Civil Procedure section:
        [X] 416.10 (corporation)                [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)        [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)              [ ] 415.46 (occupant)
                                                [ ] other:

7.  **Person who served papers**
    a. Name: Fred W. Schwinn
    b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2403
    c. Telephone number: (408) 294-6100
    d. **The fee** for service was: $
    e. I am:
        (1) [ ] not a registered California process server.
        (2) [X] exempt from registration under Business and Professions Code section 22350(b).
        (3) [ ] registered California process server:
            (i)   [ ] owner  [ ] employee  [ ] independent contractor.
            (ii)  Registration No.:
            (iii) County:

8.  [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9.  [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 16, 2007

Fred W. Schwinn (SBN 225575)              ▶  
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)



(Required for verified pleading) The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501