Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL FINANCIAL SYSTEMS, INC.,<br>a New York corporation, ROBERT HENRY<br>HERNANDEZ, individually and in his<br>official capacity, and GEORGE WILLIAM<br>KENNEDY, III, individually and in his<br>official capacity,<br><br>                    Defendants. | Case No. C07-03185-JF-HRL<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JO ANNE GRAFF, hereby dismisses, with prejudice, all claims made by her against Defendants, NATIONAL FINANCIAL SYSTEMS, INC., ROBERT HENRY HERNANDEZ and GEORGE WILLIAM KENNEDY, III, in her Complaint filed herein on June 18, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
      Fred W. Schwinn, Esq.
      Attorney for Plaintiff
      JO ANNE GRAFF